■ In the Matter of STANLEY M. KLEBANOFF, an Attorney.— Motion for reinstatement or to modify orders of this court in all respects denied. Concur — Stevens, P. J., McGivern, Markewich, Tilzer and Capozzoli, JJ.

■ VAN VALKENBURGH, NOOGER & NEVILLE, INC. v. HAYDEN PUBLISHING COMPANY, INC., et al.— Motion to terminate the injunction temporarily imposed by the order of this court entered on February 6, 1970, granted. Concur — Stevens, P. J., Nunez, Eager and Capozzoli, JJ.